IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Leach, Tashikay N

Printed: 11/25/08

Case Number: 07 B 05667
Judge: Goldgar, A. Benjamin
Filed: 3/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 14, 2008
Confirmed: June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,227.60 |
| Trustee Fee: |  | 72.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,300.00 | 1,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 1,227.60 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 393.75 | 0.00 |
| 3. | B-Real LLC | Unsecured | 43.57 | 0.00 |
| 4. | Nationwide Acceptance Corp | Unsecured | 205.59 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 356.68 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 150.06 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 8. | Cfc Deficiency Recover | Unsecured |  | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 11. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 12. | Account Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,633.65 | $ 1,227.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 59.40 |
| 6.5% | 13.00 |
|  | $ 72.40 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Leach, Tashikay N

Printed: 11/25/08

Case Number:  07 B 05667
Judge:  Goldgar, A. Benjamin
Filed:  3/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

